ACCEPTED
04-15-00155-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/24/2015 5:29:57 PM
KEITH HOTTLE
CLERK

## NO. 04-15-00155-CV

## IN THE COURT OF APPEALS
## FOURTH DISTRICT OF TEXAS
## SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

06/24/2015 5:29:57 PM

KEITH E. HOTTLE
Clerk

## BEXAR COUNTY HOSPITAL DISTRICT d/b/a UNIVERSITY HEALTH SYSTEM,

*Appellant,*

## V.

## PAUL DOUGLAS HARLAN,

*Appellee.*

## FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

Paul Saputo
State Bar No. 24083792
The SAPUTO LAW FIRM
2050 N. Stemmons Freeway
Mail Unit 310
Dallas, TX 75207
*Tel*. (888) 239-9305
*Fax* (888) 236-2516
*Email* paul@saputo-law.com

TO THE HONORABLE FOURTH COURT OF APPEALS:

Pursuant to Tex. R. App. P. 10.5 and 38.6(d), the Appellee, Paul Douglas Harlan, files this First Motion to Extend Time to File Appellee's Brief.

Appellee's opening brief was currently due, by order of this Court, on June 15, 2015.

Counsel for Appellee requests a 30-day extension of time to file its brief, making the brief due on July 15, 2015. This is the first request for extension of time to file the reply brief.

Counsel for Appellee relies on the following reasons, in addition to the routine matters that counsel must attend to in daily practice, to explain the need for the requested extension:

> Counsel for Appellee has had primary responsibility in several criminal cases which have been recently scheduled for trial, and Counsel's attention has been diverted to handling trials of these serious offenses. On the very day that the reply brief was due, Counsel was in the 204th Judicial District Court in Dallas representing a client facing an aggravated sexual assault of a child under six years old. Prior to that trial in both May and June, Counsel had an unusually time-consuming string of jury trials for felony and misdemeanor cases.

> Counsel has recently added staff and made certain firm information technology upgrades, which taken together have caused some emails to be diverted from counsel's attention.

Counsel for Appellee seeks this extension of time to be able to prepare a cogent and succinct brief to aid this Court in its analysis of the issues presented.  This request is not sought for delay but so that justice may be done.

The undersigned has been unable to confer with opposing counsel because she is out of town conducting depositions.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion, therefore no verification is necessary under Rule of Appellate Procedure 10.2.

**PRAYER FOR RELIEF**

For the reasons set forth above, Appellee requests that this Court grant this First Motion to Extend Time to File Appellee's Brief and extend the Deadline for Filing the Appellee's Brief up to and including July 15, 2015.

Respectfully submitted,

The SAPUTO LAW FIRM

/s/ Paul Saputo

Paul Saputo
Texas Bar No. 24083792
2050 N. Stemmons Freeway
Mail Unit 310
Dallas, TX 75207
*Tel*. (888) 239-9305
*Fax* (888) 236-2516
*Email* paul@saputo-law.com

COUNSEL FOR APPELLEE

## CERTIFICATE OF CONFERENCE

I certify that I attempted to confer with counsel for Appellant regarding this motion and that Appellee was unable to contact her.

/s/ Paul Saputo
Paul Saputo

## CERTIFICATE OF SERVICE

I certify that on June 24, 2015, a correct copy of the above and foregoing has been forwarded to:

**VIA ELECTRONIC FILING SERVICE**

Laura Cavaretta
CAVARETTA, KATONA & LEIGHNER, PLLC
One Riverwalk Place
700 N. St. Mary's Street, Suite 1500
San Antonio, Texas 78205
Telephone: (210) 588-2901
Facsimile: (210) 588-2908
e-mail: cavaretta@ckf-law.com

*Counsel for Appellant*

/s/ Paul Saputo
Paul Saputo